**UNITED STATES DISTRICT COURT**
PROBATION AND PRETRIAL SERVICES
NORTHERN DISTRICT OF TEXAS



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:15-CR-00431-K(8) |
| v. ) | |
| ) | |
| ROXIE MOSES ) | |
| ) | |

## Report of Violation of Conditions of Pretrial Release

COMES NOW Bruno D. Perez, U.S. Probation Officer, presenting a report to the court upon the conduct of defendant, Roxie Moses, who was placed on pretrial release supervision by the Honorable U.S. Magistrate Judge David L. Horan sitting in the court at Dallas Texas, on November 5, 2015, under the following conditions:

(7f) The defendant must abide by the following restrictions on personal association, residence, or travel:

   Must reside at 1524 Paintbrush St., Mesquite, Texas (third party custodian's residence).

(7g) The defendant must avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: Codefendant(s)

The undersigned has information that the defendant has violated such conditions in each of the following respects:

On December 20, 2015, the defendant notified this officer that she had moved from her residence. She failed to obtain permission from the Court or the pretrial services office prior to her move. The defendant cited a stressful living environment as the reason of her move. Contact was made with the third party custodian and verification was made that the defendant moved without notice.

On January 5, 2015, the defendant was questioned regarding her compliance of her conditions. She verbally admitted to having received a letter from her codefendant (Robert George Pollard) shortly after being released to pretrial supervision. The defendant failed to report the contact when it occurred. The defendant indicated that she was no longer in possession of the letter.

The undersigned suggest to the court that a summons be issued and the defendant appear before a judge of this court to determine whether the defendant's conditions of pretrial release should be revoked.

I declare under penalty of perjury that the foregoing is
true and correct.

Executed on January 11, 2016                              Approved,

s/Bruno D. Perez                                          s/Cecilio Bustamante
U.S. Probation Officer                                    Supervising U.S. Probation Officer
Dallas                                                    214-753-2506
214-753-2537
Fax: 214-753-2500

Report of Violations of Conditions
Roxie Moses

### Order

Having considered the report of the Probation Office pertaining to possible violations by defendant, Roxie Moses, of his/her conditions of pretrial release, the court ORDERS that:

☐ No action be taken.

☐ The Order Setting Conditions of Release is modified to include the following:

☑ A summons be issued and the defendant appear before a judge of this court to determine whether his/her conditions of pretrial release should be revoked.

☐ A violator's warrant be issued, and the above-named defendant be arrested forthwith and brought before a judge of this court to determine whether his/her conditions of pretrial release should be revoked. Petition and warrant sealed and not be distributed to counsel of record until effectuated.

☑ The office of the U.S. Attorney for the Northern District of Texas file a motion to revoke the conditions of the defendant's pretrial release, consistent with the information contained in the foregoing Report, and take such steps as are necessary to present such motion at the hearing thereon.

☐ File under seal until further order of the Court.

_____
David L Horan
U.S. Magistrate Judge

1/11/16
Date